THE STATE EX REL. ONDUSKO, APPELLEE, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLANT.

[Cite as *State ex rel. Ondusko v. Indus.
Comm.* (1997), 79 Ohio St.3d 382.]

(No. 95–795—Submitted August 26, 1997—Decided September 17, 1997.)

384

*Green, Haines, Sgambati, Murphy & Macala Co., L.P.A., Ronald E. Slipski* and *Steven L. Paulson,* for appellee.

*Betty D. Montgomery,* Attorney General, and *Patsy A. Thomas,* Assistant Attorney General, for appellant.

---

*Per Curiam.* The court of appeals based its vacation of the commission's order exclusively on its decision in *State ex rel. Draganic.* We have since reversed *Draganic,* holding that an interlocutory award of permanent total disability compensation does not conclusively establish a claimant's right to continue permanent total disability compensation beyond the closed period awarded in the order. *State ex rel. Draganic v. Indus. Comm.* (1996), 75 Ohio St.3d 461, 663 N.E.2d 929.

In this case, no other challenge to the commission's order denying further permanent total disability compensation has been made. Given our reversal of *Draganic* and the absence of any challenge to the evidentiary sufficiency of the commission's order, our review can go no further.

Accordingly, the judgment of the court of appeals is reversed.

*Judgment reversed.*

MOYER, C.J., F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and RESNICK, JJ., dissent.